STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. THOMAS SERLINSKY, PLAINTIFF IN ERROR.

Argued May 27, 1935—Decided October 9, 1935.

For the plaintiff in error, *Joseph Grossman* and *Merritt Lane.*

For the defendant in error, *James D. Carpenter.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.